UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-

GRIOT 305, LLC, a Florida
Limited Liability Company,

          Plaintiff,

v.

WELLS FARGO BANK, N.A,

          Defendant.
_____/

**VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF**
(Fla. Bar No. 133162)

Plaintiff Griot 305, LLC ("Griot 305"), by its undersigned attorneys, sues Defendant Wells Fargo Bank, N.A. ("WFBNA"), and alleges:

THE PARTIES

1. Griot 305 is a Florida limited liability company. Its principal place of business is located at 14821 West Dixie Highway, Miami, Florida 33181, where it operates a Haitian cuisine restaurant. Mr. Walner Deshommes is the Authorized Member of Griot 305 and all of the ownership interests therein belong to him.

2. WFBNA is a National Banking Association. Its principal place of business is located either at: (a) 101 N. Philips Avenue, Sioux Falls, South Dakota 57104, or (b) 420 Montgomery Street, San Francisco, California 94163. WFBNA conducts a banking business at numerous locations within Miami-Dade County, Florida. It has designated, as its Florida

Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301-2525.

## SUBJECT-MATTER JURISDICTION

3. This is a civil action for preliminary and permanent injunctive relief in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Subject-matter jurisdiction exists by virtue of 28 U.S.C. § 1332, diversity of citizenship.

## VENUE

4. The venue of this civil action is properly laid in the Southern District of Florida pursuant to 28 U.S.C. § 1391 because WFBNA is subject to this Court's personal jurisdiction in the Southern District of Florida.

## CONDITIONS PRECEDENT

5. All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, have been performed or have been waived or excused by WFBNA.

## ENGAGEMENT OF COUNSEL

6. Griot 305 has been compelled to engage the professional services of Metschlaw, P.A., for the purposes of preparing, commencing and prosecuting to final judgment this civil action. In this regard, Griot 305 has obligated itself to pay Metschlaw, P.A., a reasonable attorney's fee and to reimburse that law firm's necessary, non-overhead, out-of-pocket expenditures incurred during the course of this civil action.

## THE RELEVANT DOCUMENTS

7. Attached hereto as Exhibit "A" is a copy of the June, 2020, statement of activity with respect to WFBA Account No. 9160843992 ("the Account"), maintained in the name of Griot 305, the contents of which are incorporated herein by reference.

8. Attached hereto as Exhibit "B" is a copy of the July, 2020, statement of activity with respect to the Account, maintained in the name of Griot 305, the contents of which are incorporated herein by reference.

9. Attached hereto as Exhibit "C" is a copy of the August, 2020, statement of activity with respect to the Account, maintained in the name of Griot 305, the contents of which are incorporated herein by reference. According to Exhibit "C", on August 31, 2020, the Account carried a credit balance of $415,649.78.

## THE FACTS

10. Prior to June 24, 2020, Griot 305 applied to Cross River Bank ("CRB"), 400 Kelby Street, 14th Floor, Fort Lee, New Jersey, 07024, for a $450,000.00 loan under the Paycheck Protection Program. That application was assigned SBA Loan Number 2727168003 and was approved on June 24, 2020. The proceeds of that loan were electronically transferred by CRB to WFBNA and credited to the Account on July 10, 2020. Thereafter, Griot 305 deposited additional funds to and withdrew funds from the Account. The funds on deposit with respect to the Account constitute the working capital of Griot 305.

3

11. On a date unknown in August, 2020, WFBNA unilaterally "froze" the Account. When that "freeze" was implemented, Griot 305 had a credit card indebtedness to WFBNA of approximately $7,000.00. By "freezing" the Account, WFBNA has deprived Griot 305 of access to the working capital of Griot 305 and dishonored several checks which Griot 305 had issued and delivered to the trade creditors of Griot 305, thereby severely impairing Griot 305's business relationships with the affected trade creditors. WFBNA has ignored repeated requests from Mr. Deshommes for an explanation of WFBNA's "freeze" of the Account.

12. If access to, and use of, the funds on deposit in the Account are not immediately restored to Griot 305, Griot 305 would be forced to cease its business operations and to seek protection under the United States Bankruptcy Code, thereby putting its employees out of work, precisely the situation which the Payroll Protection Program was designed to prevent.

## CLAIM FOR RELIEF

13. Griot 305 realleges the matters set forth in ¶¶ 1 through 12 of this complaint.

14. On July 10, 2020, WFBNA learned that Griot 305 had obtained an SBA loan from CRB because, on July 10, 2020, the $450,000.00 proceeds of that loan were credited to the Account with the notation "Cross River Bank Sba Loan Griot 305 LLC".

15. Having learned of the SBA loan from CRM to Griot 305, WFBNA thereby came to know that there existed a contractual relationship between Griot 305, as obligor/debtor/borrower, and CRB, as obligee/creditor/lender.

16. By "freezing" the Account, WFBNA has intentionally interfered with and crippled Griot 305's compliance with Griot 305's contractual obligation to CRB to repay the SBA loan and to pay the employees and trade creditors of Griot 305.

17. There existed no justification for WFBNA's "freeze" of the Account and there exists no justification for WFBNA's continued "freeze" of the Account.

18. If Griot 305 is not afforded immediate access to, and use of, the funds on deposit in the Account, it will suffer irreparable harm because it will be forced out of business.

19. Due to the national emergency caused by the corona virus pandemic, as recognized by the measures enacted by the United States Congress in response to the corona virus pandemic, Griot 305 does not have an adequate remedy at law.

Wherefore, Griot 305 respectfully requests that the Court preliminarily and permanently enjoin WFBNA from denying Griot 305 access to, and use of, the funds on deposit in the Account.

METSCHLAW, P.A.
Attorneys for Griot 305
20801 Biscayne Blvd., Suite 300
Aventura, FL 33180-1423
Telephone: (305) 792-2540
Telecopier: (305) 792-2541
E-Mail: l.metsch@metsch.com

by /s/ Lawrence R. Metsch
LAWRENCE R. METSCH
FBN 133162

## VERIFICATION

I, Walner Deshommes, under penalty of perjury, declare that:

1. I am the Authorized Member of Griot 305, LLC, a Florida limited liability company.

2. I make this verification on personal knowledge.

3. I have read the foregoing complaint, the factual allegations of which are true and correct.

Dated this 7th day of September, 2020, in Miami-Dade County, Florida.

_____
WALNER DESHOMMES